466 A.2d 730

Eastern Airlines et al., Appellants v. Raynes et al.

Argued December 7, 1982. Joseph F. Van Horn, Jr., for appellants; Roger Huggins, for appellees.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

466 A.2d 730

Homiller, Appellant v. Homiller.

Argued May 12, 1983. Morris Gerber, for appellant; Jean B. Green, for appellee.

Before WICKERSHAM, WATKINS and MONTGOMERY, JJ.

Order affirmed.